UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT L. OGLETREE, JR. ) | |
| ) | |
| v. ) | NO. 3:19-cv-00189 |
| ) | |
| JAYMES MARLER, et al. ) | |

## ORDER

Magistrate Judge Holmes has entered a Report and Recommendation (Doc. No. 29) in which she recommends this case be dismissed with prejudice for failure to prosecute. No objections have been filed. Upon *de novo* review, the Court agrees with the recommended disposition because Plaintiff has failed to prosecute this action since it was filed, and did not respond to a Show Cause Order (Doc. No. 25) or to Defendants' Motion to Dismiss. (Doc. No. 23).

Accordingly, the Report and Recommendation (Doc. No. 29) is **ADOPTED and APPROVED**; Defendants' Motion to Dismiss for Failure to Prosecute (Doc. No. 23) is **GRANTED**; and this action is **DISMISSED WITH PREJUDICE.** The Clerk of this Court shall enter judgment and close this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE